UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>NOEMI MONTEMAYOR,<br><br>          Defendant. | No. 2:13-cv-1070 AC P<br><br>ORDER and<br><br>FINDINGS AND RECOMMENDATIONS |

     Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with a civil rights action filed pursuant to 42 U.S.C. § 1983.  This action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule 302(c), and Local General Order No. 262.

     On January 13, 2015, defendants filed and served a motion for summary judgment; plaintiff did not respond within the twenty-one-day period set forth in Local Rule 230(l).  On March 10, 2015, the court directed plaintiff to file an opposition or statement of non-opposition to the pending motion within twenty-one days.  ECF No. 27.  Plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed without prejudice for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).  The extended deadline has now expired, and plaintiff has not responded to the court's order.  Therefore, it will be recommended that this action be dismissed.

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a
2 district judge to this action.
3    For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be
4 dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).
5    These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7 after being served with these findings and recommendations, any party may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
10 objections shall be filed and served within fourteen days after service of the objections.  The
11 parties are advised that failure to file objections within the specified time may waive the right to
12 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
13 DATED: April 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE